UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| JAMES MULLEN and KARL SCHMIDT | **NOTICE OF MOTION TO AMEND AMENDED COMPLAINT** |
| Plaintiff, | |
| -against- | Civil Action No.  5:10-CV-1422 DNH/DEP |
| THE CITY OF SYRACUSE, STEPHANIE A. MINER, in her individual and official capacity as Mayor of The City of Syracuse; FRANK L. FOWLER, in his individual and official capacity as Chief of Police for The City of Syracuse; JUDY CULETON, in her individual and official capacity as Director of the Human Resources Division of the Syracuse Police Department; JOHN and JOHN DOE(S) MATTHEW DRISCOLL, in his individual capacity as former Mayor of The City of Syracuse; GARY MIGUEL, in his individual capacity as former Chief of Police for The City of Syracuse, | |
| Defendants. | |

_____

| | |
|---|---|
| **MOTION BY:** | The Plaintiffs, James Mullen and Karl Schmidt |
| **SUPPORTING PAPERS:** | The Attorney Affirmation of A.J. Bosman, Esq. dated August 1, 2011, the proposed Second Amended Complaint attached thereto, and all prior pleadings and proceedings heretofore had herein. |
| **RETURN DATE, TIME AND PLACE:** | At the United States District Court, Northern District of New York, United States Courthouse, 100 S. Clinton Street, Syracuse, New York before the Honorable David E. Peebles, United States Magistrate Judge, on the 1st day of September, 2011, at 10:00 o'clock in the forenoon of that day, or as soon thereafter as the parties may be heard. |
| **RELIEF SOUGHT:** | An order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure granting Plaintiffs leave to file a Second Amended Complaint and granting such other and further relief the Court deems just and proper. |

-1-

**ANSWERING PAPERS**: Pursuant to Local Rule 7.1(b)(2) of the Northern District of New York, responsive papers must be filed with the Court and served upon Plaintiffs' attorney not less than **SEVENTEEN DAYS** prior to the return date of the motion.

Dated: August 1, 2011
at Rome, New York

      s/A.J. Bosman
A.J. Bosman, Esq.
Bosman Law Firm, L.L.C.
Attorneys for Plaintiffs
Office and Post Office Address
6599 Martin Street
Rome, New York 13440
Telephone: (315) 733-9130

TO: MARY LOUISE CONROW, ESQ.
Coughlin & Gerhart, LLP
Attorneys for Defendants
P.O. Box 2039
Binghamton, New York 13902

JENNIFER SAVION, ESQ.
Assistant Corporation Counsel
Office of Corporation Counsel, City of Syracuse
Attorneys for Defendants
300 City Hall
Syracuse, New York 13202